Argued December 2—decided December 2, 1969

STATE OF CONNECTICUT *v.* DENNIS B. VENNARD

The motion by the state to dismiss the appeal from the Superior Court in Hartford County is denied.

*George D. Stoughton,* assistant state's attorney, for the appellee (state).

*Wesley C. Gryk,* for the appellant (defendant).

Argued December 2—decided December 2, 1969